# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2018

Stephen J. Markman,
Chief Justice

157221(56)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

STATE TREASURER,
             Plaintiff-Appellee,

v

MICHAEL A. KENNEDY,
             Defendant-Appellant,
and

JP MORGAN CHASE BANK and OFFICE OF
RETIREMENT SERVICES,
             Defendants.

SC: 157221
COA: 336202
Emmet CC: 16-105277-CZ

_____/

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted for filing if submitted on or before May 23, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2018



Clerk